**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ  08540-6241
+1.609.919.6600
Thomas A. Linthorst (*pro hac vice*)
Attorneys for Defendant Novo Nordisk Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS MARUCCI,<br><br>        Plaintiff,<br><br>    v.<br><br>NOVO NORDISK, INC.,<br><br>        Defendant. | Civil Action No. 2:15-cv-01365-MBC<br><br>*Electronically filed*<br><br>**Before Hon. Maurice B. Cohill** |

**DEFENDANT NOVO NORDISK INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Novo Nordisk Inc. respectfully submits its Corporate Disclosure Statement.  Novo Nordisk Inc.'s parent company is Novo Nordisk US Holdings, Inc.  No publicly held corporation owns 10% or more of Novo Nordisk Inc.'s stock.

Respectfully submitted,

Dated:  December 21, 2015      MORGAN, LEWIS & BOCKIUS LLP


By: */s Thomas A. Linthorst*
   Thomas A. Linthorst (*pro hac vice*)
   tlinthorst@morganlewis.com
   502 Carnegie Center
   Princeton, NJ  08540-6241
   Telephone: +1.609.919.6600
   Facsimile: +1.609.919.6701
   *Attorneys for Defendant Novo Nordisk Inc.*

DB1/ 85695695.2